**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES FIDELITY
AND GUARANTY COMPANY**                                                        **PLAINTIFF**


**V.**                                              **NO. 3:07CV00102**


**JEFFREY B. VAN HORN,
CINDY D. VAN HORN AND
COOPER CONSTRUCTION
COMPANY, INC.**                                                                      **DEFENDANTS**


**JUDGMENT**

Pending is Plaintiff's motion for default judgment (docket # 6).  On August 25, 2007 Defendants were served with Plaintiff's complaint along with a summons requiring an answer within 20 days from that date.  No responsive pleading has been filed.  On November 28, 2007 a Clerk's Default was entered.

Upon application of the Plaintiff for default judgment and it appearing to the Court that the Defendants are not infants or incompetent persons and after having been properly served pursuant to Rule 4 (e) -(j) of the Federal Rules of Civil Procedure have not answered, appeared or otherwise made any defense to Plaintiff's complaint are wholly in default.  The Court finds that it has jurisdiction over the parties and the subject matter of this cause of action.  In addition, the Court finds that Defendants are in default on their obligation and Plaintiff is entitled to judgment against Defendants in the amount of $344,393.13.  The Court hereby awards costs in the amount of $500.00.

IT IS CONSIDERED, ORDERED AND ADJUDGED  that  judgment be entered against Defendants in the amount of $344,893.13.

DATED this 29th day of November, 2007.

                                                       James M. Moody
                                                       United States District Judge